UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAUGHN OF THE FAMILY ATKINS,<br><br>                       Plaintiff,<br><br>-against-<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; DEPARTMENT OF SOCIAL SERVICES (DSS) MOLLY WASOW COMMISSIONER; NEW YORK STATE DIVISION OF CHILD SUPPORT ENFORCEMENT; CAROL ANN JORDAN – SUPPORT MAGISTRATE; VERDELLA BROWN,<br><br>                      Defendants. | 24-cv-2970 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 31, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 17, 2024
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge